■ SCOTT M. DIEHL, Appellant, v ST. JOHN FISHER COLLEGE, Respondent. [718 NYS2d 516] —Order and judgment unanimously affirmed without costs. Memorandum: Supreme Court properly granted defendant's motion to dismiss the complaint. A CPLR article 78 proceeding was the proper vehicle for challenging plaintiff's dismissal from defendant's nursing program (*see, Maas v Cornell Univ.,* 94 NY2d 87, 92; *Risley v Rubin,* 272 AD2d 198; *see also, Grogan v Saint Bonaventure Univ.,* 91 AD2d 855; *Matter of Gray v Canisius Coll.,* 76 AD2d 30, 33),

and any such challenge is time-barred because plaintiff failed to commence a proceeding within four months of his termination (*see,* CPLR 217). (Appeal from Order and Judgment of Supreme Court, Monroe County, Bergin, J.—Dismiss Pleading.) Present—Pigott, Jr., P. J., Green, Pine, Kehoe and Balio, JJ.